IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CASTILLO, ) | No. C 10-05374 JW (PR) |
| Plaintiff, ) | ORDER OF TRANSFER |
| vs. ) | |
| ATASCADERO STATE HOSPITAL, ) | |
| Defendant. ) | |
| ) | (Docket No. 3) |

Plaintiff, a prisoner at the North Kern State Prison in Delano, California, seeks to file a civil complaint against medical officials at Atascadero State Hospital. A substantial part of the events or omissions giving rise to the claim(s) occurred, and it appears that the intended defendants reside, in the County of San Luis Obispo, which lies within the venue of the Western Division of the Central District of California. See 28 U.S.C. § 84(c). Venue therefore properly lies in the Central District. See id. § 1391(b).

Accordingly, IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Central District of California, the Western Division. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b). In light of this transfer, this Court will defer to the Central District for a ruling on plaintiff's motion for leave to proceed in forma pauperis, (Docket No. 3).

The clerk shall transfer this matter and terminate all pending motions.

DATED: February 11, 2011

JAMES WARE
United States District Chief Judge

Order of Transfer
P:\PRO-SE\SJ.JW\CR.10\Castillo05374_transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES CASTILLO, | Case Number: CV10-05374 JW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ATASCADERO STATE HOSPITAL, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  2/11/11 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Castillo F-39720
North Kern State Prison
P. O. Box 567
Delano, CA 93216

Dated:  2/11/11

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk